HAL TAYLOR, ESQUIRE
Nevada Bar No. 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone:    (775) 825-2223
Facsimile:    (775) 329-1113
Email:    haltaylorlawyer@gbis.com

*Attorney for Plaintiff, Rebecca Truman*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
(LAS VEGAS)

| | |
|---|---|
| REBECCA TRUMAN, ) | Civil Docket No. 2:23-cv-1107-EJY |
| Plaintiff, ) | |
| v. ) | |
| KILOLO KIJAKAZI, ) | Assigned to Judge Elayna J. Youchah |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time of Thirty (30) Days to file Plaintiff's Motion for Remand and Memorandum in Support, it is hereby ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff shall file her Motion for Remand and Memorandum in Support on or before November 16, 2023.

SO ORDERED this 16th day of October, 2023.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**Truman v. Kijakazi**                                                                                                    Order
**3:23-cv-1107-EJY**