| | |
|---|---|
| HAL TAYLOR, ESQUIRE<br>NV Bar ID: 4399<br>2551 W. Lakeridge Shores<br>Reno, NV 89519<br>P: (775) 825-2223<br>F: (775) 329-1113<br>Email: haltaylorlawyer@gbis.com<br>*Attorneys for Plaintiff* | ROBERT X. LOWMASTER, ESQ.<br>Chermol & Fishman, LLC<br>11450 Bustleton Ave.<br>Philadelphia, PA 19116<br>P: 215-464-7200<br>Email: robert@ssihelp.us |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

REBECCA TRUMAN,  )
                 )
    Plaintiff,   )   Civil Action No. 2:23-cv-01107-EJY
                 )
    v.           )   ~~PROPOSED~~ **ORDER**
                 )
MARTIN O'MALLEY, )
Commissioner of Social Security, )
                 )
    Defendant.   )
_____)

### ORDER

AND NOW, this __7th__ day of __March__, 2024, having considered Plaintiff's Motion for Attorney's Fees, and any response thereto, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $8,806.32 and costs in the amount of $402.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the law office of counsel for Plaintiff.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE